C44

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 05 2009
May 5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Yolanda Haralson
_____
(Name of the plaintiff or plaintiffs)

v.

City of Chicago
General Motors
Dn/Aqub Arcotechnical m.Sb.
(Name of the defendant or defendants)

CIVIL ACTION

09cv2749
JUDGE LINDBERG
MAG. JUDGE VALDEZ

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Yolanda Haralson of the county of Cook in the state of Illinois

3. The defendant is 47 years of age, whose street address is P.O. Box 44167
(city) Chgo (county) Cook (state) IL (ZIP) 60644
(Defendant's telephone number) (___)-_____

4. The plaintiff sought employment or was employed by the defendant at (street address)
City of Chicago + Various Intities (city) Chgo.
(county) Cook (state) IL (ZIP code) 60601

5. The plaintiff [check one box]

    (a) ☐ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant. W O PAY

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 9- 8, (day) 11 , (year) 1996

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☒ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____. + BBB  3rd Attempt

    (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☒ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case. Stolen

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.  Phoned

    ☒ Yes (month) 5 (day) 3 (year) 2009

    ☐ No, did not file Complaint of Employment Discrimination

  2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____. Never Received

  c. Attached is a copy of the

    a. Complaint of Employment Discrimination,

    ☒ YES ☐ NO, but a copy will be filed within 14 days. we pray

    (ii) Final Agency Decision

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 9-2009 (day) 14th (year) 2009 copy of which *Notice* is attached to this complaint. State of Illinois Lisa Madigan

9.  The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a) ☒ Age (Age Discrimination Employment Act).
    (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☒ Religion (Title VII of the Civil Rights Act of 1964) assumed
    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _Failed to pay earned wages for services rendered._

13. The facts supporting the plaintiff's claim of discrimination are as follows:
_Your honor, I have been led around in circles concerning Identity Theft receivorship of Child support payments Housing Communication resources by blank military ID was not restored, forced Child Labor, Adult Labor Issues_

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. _Hanna Garnst/Othman Hassan_
_(A) Jesh Kumar_
15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO _Jesse White_
_Scott Pipentam._ _- Evidence Previously_
16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff _submitted_
[check only those that apply]

(a) ☒ Direct the defendant to hire the plaintiff. _With pay/reasonable wages_

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

Do NOT DisTroy

(f) ☐ Direct the defendant to (specify): Supreme Court In U.S.A + Europe

_____

_____

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_____

(Plaintiff's name)

(Plaintiff's street address)
2020 W. 69th PL

(City) Chgo (State) IL (ZIP) 60636
(Plaintiff's telephone number) 773 - 826-5433

Date: 5-8-09

3rd ATTempT