UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Yolanda Haralson
                                 Plaintiff,

v.                                        Case No.: 1:09–cv–02749
                                                           Honorable George W. Lindberg

City of Chicago, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2009:

        MINUTE entry before the Honorable George W. Lindberg: Plaintiff's application for leave to proceed in forma pauperis [17] is stricken. The Court dismissed plaintiff's case with prejudice and closed the case on 5/20/09.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.